LINK:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 14-04760 BRO (JPRx) | Date | September 30, 2014 |
|---|---|---|---|
| Title | CRYSTAL SANCHEZ V. KENNETH COLE PRODUCTIONS, INC. ET AL. | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**     (IN CHAMBERS)

## ORDER TO SHOW CAUSE RE: SANCTIONS

On June 26, 2014, the Court set the Rule 26(f) scheduling conference in this matter for September 29, 2014. (Dkt. No. 12.) This Court's Standing Order requires that "[t]he attorney attending any proceeding before this Court, including all scheduling, settlement and pretrial conferences, must be the lead trial counsel. Un-excused failure of lead counsel to appear will be grounds for sanctions." (Standing Order Regarding Newly Assigned Cases ¶ 3, *available at* http://court.cacd.uscourts.gov/cacd/JudgeReq.nsf/f6 beb3edf125e6e788257272006231a2/e7f9811d815316c188257b5200513ab5/$FILE/Stand ing%20Order.pdf.) The lead trial counsel for each party in this matter was therefore required to attend this Court's September 29, 2014 scheduling conference.

Despite the Court's clear instructions, lead trial counsel for Plaintiff was not present at the September 29, 2014 scheduling conference. Plaintiff is therefore **ORDERED TO SHOW CAUSE** why the Court should not sanction Plaintiff for failing to comply with its Standing Order. Plaintiff's response to this order to show cause must be filed **no later than Friday, October 3, 2014, at 9:00 a.m.** An appropriate response to this order will include reasons demonstrating good cause for Plaintiff's failure to comply with this Court's Standing Order.

**IT IS SO ORDERED.**                                                                                         :

Initials of Preparer         rf